# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| **SHANTEL HARRIS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 0:15-CV-00527-GRA |
| ) | |
| **SIMON MAJOR, DARYL F.** ) | **ORDER** |
| **McGHANEY, STAFF SERGEANT** ) | |
| **JAMES,** ) | |
| Defendants ) | |

This matter is before the Court on James M. Davis, Jr.'s Request for Protection from Court Appearance for the time period of August 3, 2015, through August 12, 2015. ECF No. 27. Judge Anderson's Filing Preference No. 9, entitled "Protection Requests and Extensions of Time," states that parties should "not request protection from trial or other court appearances **unless** a hearing date has been scheduled during the time period for which protection is requested." There are no scheduled hearings on this matter during the time period that counsel requests protection from appearing before this Court. Accordingly, counsel's Request for Protection is **DENIED**.

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

April  28 , 2015
Anderson, South Carolina