AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Shantel Harris,
*Plaintiff*

v.  Civil Action No.  0:15-cv-00527-MGL

Simon Major, Director; Daryl F. McGhaney, Asst. Director/Major, Sumter-Lee Regional Detention Center; Staff Sergeant James, Staff Sergeant, Sumter-Lee Regional Detention Center,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Shantel Harris, shall take nothing of the defendants, Simon Major; Daryl F. McGhaney; and Staff Sergeant James, and this action is dismissed with prejudice for lack of prosecution pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended the dismissal of this action with prejudice.

Date: February 3, 2016

*ROBIN L. BLUME, CLERK OF COURT*

*s/M. Waker*

*Signature of Clerk or Deputy Clerk*